United States District Court
Southern District of Texas
**ENTERED**
April 05, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| MARK A. CANTU, | § | |
| Plaintiff, | § | |
| | § | Civil No. 7:23-cv-00014 |
| v. | § | |
| | § | (Jury) |
| BECK REDDEN LLP, | § | |
| Defendant. | § | |

## FINAL JUDGMENT

The Court grants Defendant Beck Redden LLP's Motion for Summary Judgment on All Claims [Doc. 29], and dismisses this entire case with prejudice.

So ordered this 4th day of April, 2024, at McAllen, Texas.

Ricardo Hinojosa
United States District Judge

| *Agreed As To Form And Substance:* | *Agreed As To Form Only:* |
|---|---|
| /s/ *Billy Shepherd* | /s/ *David Eric Kassab* |
| Billy Shepherd | Lance Christopher Kassab |
| SHEPHERD PREWETT PLLC | David Eric Kassab |
| *and* | THE KASSAB LAW FIRM |
| Raymond L. Thomas | **Attorneys for Plaintiff** |
| RAY THOMAS PC | **Mark A. Cantu** |
| **Attorneys for Defendant** | |
| **Beck Redden LLP** | |